**AFFIDAVIT**

Your affiant, Anthony Agular, a Special Agent with the U.S. Department of Homeland Security (DHS), Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

I am a federal law enforcement officer of the United States within the meaning of 18 U.S.C. §2510(7). As such, I am empowered to investigate and make arrests for violations of United States law, including but not limited to violations of 18 U.S.C. §2251(a) related to sexual exploitation of children, and violations of violation of 18 U.S.C. §2252A concerning offenses related to material containing child pornography.

I have been a Special Agent for over 8 years and have over 16 years of law enforcement experience. I am currently assigned to the HSI Office of the Special Agent in Charge (SAC) Chicago, Fort Wayne, Indiana post of duty, which is responsible for conducting criminal investigations and enforcing laws that are under the investigative jurisdiction of HSI in the Northern District of Indiana. As part of my duties as an HSI Special Agent, I investigate criminal violations, and have investigated and or participated in many cases involving child pornography and the sexual exploitation of children. During these investigations, I have observed and reviewed examples of child pornography in various forms of media. I have received training and instruction in the field of

1

investigation and enforcement of federal child pornography laws. I have also participated in investigations involving various violations of federal laws. Through these investigations, my training and experience, and conversations with other agents and law enforcement personnel, I have become familiar with the methods used by individuals to commit violations of federal law. I have previously been the affiant for federal search warrants and have assisted other state and local agencies, as well as Assistant United States Attorneys, in the preparation of affidavits for search and arrest warrants.

## **REQUESTED WARRANT**

Your affiant requests this Court issue a warrant for the arrest of:

### **DYLAN ALONSO**

**(ALONSO)** for alleged violations of:

- 18 U.S.C. § 2251(a) and(e) – Sexual Exploitation of Children

- 18 U.S.C. §2252A(a)(5)(B) – Possession of and Access with Intent to View Child Pornography.

Because this affidavit is being submitted for the limited purpose of securing an arrest warrant for **ALONSO**, your affiant has not included each and every fact known concerning this investigation. This affidavit sets forth only those facts necessary to establish probable cause.

## RELEVANT DEFINITIONS

- "Minor" means any person under the age of eighteen years.

18 U.S.C. § 2256(1).

- "Child pornography" means as any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where:

  - The production of such visual depiction involves the use of a minor engaging in sexually explicit conduct;

  - such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct;

  - or such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct."

18 U.S.C. § 2256(8)(A)-(C).

- The term "sexually explicit conduct" means:

  - graphic sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex, or lascivious simulated sexual intercourse where the genitals, breast, or pubic area of any person is exhibited;

  - graphic or lascivious simulated;
    - bestiality;
    - masturbation; or
    - sadistic or masochistic abuse; or

  - graphic or simulated lascivious exhibition of the anus, genitals, or pubic area of any person.

18 U.S.C. § 2256(2)(B)(i)-(iii).

3

## PROBABLE CAUSE

On or about March 19, 2026, your affiant received a request for assistance from the Indiana State Police (ISP) Internet Crimes Against Children (ICAC) Taskforce regarding an anticipated residential search warrant in a child exploitation investigation involving **ALONSO**.

On March 19, 2026, ISP detectives received a priority one cybertip from the National Center for Missing and Exploited Children (NCMEC). The cybertip concerned a current or imminent risk to an individual and included reporting from electronic service provider (ESP) Kik/ Media Lab Inc. The cybertip relayed that on or about March 7, 2026, a Kik user uploaded, via the Kik messaging application, media containing unfamiliar child pornography. ISP investigators viewed the uploaded media and confirmed that the media contained child pornography. The following is a description of the media viewed:

- A video file: "9fc479b2-b699-44f2-be1d-45745e0281be.mp4". *Approximately 35 seconds in length, uploaded on 03-07-2026 23:58:01 UTC using Internet Protocol address 68.45.212.106.*

  *This file depicts an adult male sitting in a bathroom on a toilet. In the video the adult male is rubbing his hand up and down on his erect penis, while an unidentified infant/toddler (approximately 1.5 years old) stands there and watches the adult.*

  *The adult male then takes the hand of the infant/toddler and places it on his erect penis and moves it up and down with his hand. In the video the adult male has red pubic hair, and the infant has light colored hair and is wearing a yellow and blue outfit with a truck on it. The background of the video shows a light-colored laminate floor with a green rug.*

On the same date, Kik provided ISP investigators with the following subscriber information obtained from Kik as well as additional information associated with **ALONSO**.

**ESP provided identifiers:**

- Email Address: dylalonso256@gmail.com
- KIK Username: stonedbvndit
- IP address: 68.45.212.106 (Comcast Residential) 03-07-2026 23:58:01 UTC
- IP address: 174.238.51.65 (Verizon Wireless) 02-23-2026 05:18:59 UTC

**NCMEC provided associations for email dylalonso256@gmail.com:**

- Name: DYLAN ALONSO
- Date of Birth: XX/XX/2000
- Associated address: 1727 GRANT ST, HUNTINGTON, IN 46750
- Associated facebook profile: https://www.facebook.com/dylan.angelus.71 for "Dylan Angelus Alonso"

On March 19, 2026, ISP Investigators conducted open source and law enforcement database queries which included a search of the Indiana Bureau of Motor Vehicles(BMV). Records from the Indiana BMV identified **ALONSO** as having a date birth of 06/19/20XX) and a listed address of 1727 Grant Street., in Huntington, Indiana (Grant St. residence). A birth record query for **ALONSO** also revealed him to be the father of three minor children.

Open-source queries of publicly available social media profiles, revealed that **ALONSO** has a Facebook account which includes images of what appear to be **ALONSO'S** minor children. One of the minor children appearing in **ALONSO'S** Facebook account appears visually similar to the minor male depicted in the child pornography video uploaded on or about March 7, 2026.

ISP investigators identified IP address 68.45.212.106 from the NCMEC cybertip as belonging to Comcast on the date and time of the upload. On March 19, 2026, Comcast confirmed that on the date and time of the upload, IP address 68.45.212.106 resolved to the Grant Street residence. During a subsequent address query and deconfliction by ISP with the Huntington Police Department (HPD), the HPD identified the Grant Street address as a place of residence for **ALONSO**.

Based on the investigation to that point, ISP investigators obtained a search warrant for **ALONSO'S** person, as well as the Grant Street residence on March 19, 2026. Those search warrants were executed on the same date with the assistance of your affiant, local law enforcement and members of the United States Marshal Service. Prior to the execution of those search warrants, your affiant and law enforcement observed **ALONSO** arrive at the Grant Street residence. Your affiant and law enforcement personnel made contact with **ALONSO** and his three children, which included the minor male child (minor male victim) depicted in the child pornography video uploaded on or about March 07, 2026. Investigation determined this child to be the youngest of **ALONSO'S** three children and approximately two months short of two years old. At the point he was encountered by law enforcement, **ALONSO** had in his possession a Samsung Galaxy A16 cellphone, bearing serial number Serial # RZCY10H80YF (Samsung cell phone).

During the subsequent search of the Grant Street residence, your affiant and other law enforcement observed that the bathroom in the residence matched the bathroom depicted in the child pornography video uploaded on March 7, 2026, containing the minor male victim. Additionally, law enforcement located a child's T-shirt in the laundry room which matched the T-shirt worn by the minor male victim in the child pornography video uploaded on or about March 07, 2026. **ALONSO** was arrested for Possession of Drug Paraphernalia. He was not interviewed at that time because law enforcement noticed indicators of possible intoxication during the encounter.

**ALONSO** was thereafter interviewed on March 20, 2026. After being advised of, and waiving, his Miranda warnings, **ALONSO** agreed to speak with law enforcement. During that recorded interview, **ALONSO** said that he had a Samsung A16 Galaxy cell phone which was purchased in January 2025. **ALONSO** also identified his cell phone number as (260) 438-1785, and his primary email address as "dylalonso256@gmail.com". During the interview **ALONSO** admitted to having "inappropriate" things involving his kids on his cell phone. **ALONSO** went on admit that during the weekend of March 6th to March 8th, 2026, he recorded a video in his bathroom, during which he grabbed the minor male victim's hand, and put it on his (**ALONSO'S)** penis and rubbing up and down. **ALONSO** also admitted that on the same date, he forced the minor male victim's mouth onto his (**ALONSO'S**) penis. **ALONSO**

admitted to recording these events and to sending the video to another Kik user by the screen name, "bloodstainedlexi", at her request.

Between April 22, 2026, and April 29, 2026, your affiant conducted a review of the forensic analysis report and data extraction obtained from the Samsung cell phone. During a review of the information obtained from the Samsung cell phone, your affiant observed the following identifiers, emails and social media usernames associated with **ALONSO.**

### Associated emails and accounts

| | |
|---|---|
| Snapchat: | angelusalonso |
| Instagram: | stoned_bvndit |
| Kik: | dangelus1_s94 |
| User: | Dylan Alonso |
| E-Mail: | angelusalonso2@gmail.com, |
| Phone number: | (260) 438-1785 |

Your affiant also reviewed many of the images and videos obtained from the Samsung cell phone. There were many images and videos of **ALONSO,** to include various images and videos where **ALONSO** is in various stages of undress. These images and videos include those where **ALONSO** is exposing his penis. Other media on the device depicted **ALONSO's** three children, including the minor male victim. In at least one of the images and/or videos, the minor male victim is wearing the same shirt depicted in the uploaded child pornography video.

In addition to the media depicting **ALONSO,** your affiant observed two

separate video media files which were determined to contain child pornography

depicting the minor male victim.

- A video file, "E314DE7A440455952359493E060F8AFF.media.0", approximately 35 seconds in length.

  *The video depicted an adult male (identified as **ALONSO**) sitting in a bathroom on a toilet. In the video, **ALONSO** is masturbating his erect penis, while MMV is standing in front of **ALONSO**. **ALONSO** is observed grabbing the minor male victim's hand placing it on his erect penis, moving it up and down with his hand. The minor male victim is observed wearing a yellow and blue outfit with a truck on it. The background of the video shows a light-colored laminate floor with green rugs.*

The video file observed by your affiant showed a creation date and time

of 03/07/2026- 6:55:21 PM and appeared to be the same video reported in the

March 19, 2026, cybertip as having been uploaded on 03-07-2026 23:58:01

UTC via Kik messenger.

- A Video file, "AC581F74601B4C1D9918B707D5D16B5A.media.0", approximately 17 seconds in length.

  *The video depicts ALONSO, with an erect penis sitting on a toilet while MMV stands between his legs. ALONSO is heard saying to MMV, "c'mon" (several times), and "it's okay", as he uses his hand to push MMV's face down to his penis, forcing MMV's mouth and face to touch his penis. ALONSO is heard stating, "really?", as MMV, who appears distressed looks up at him.*

The video file observed by your affiant showed a creation date and time of 03/07/2026-7:04:52 PM.

During your affiant's review of captured Kik messages on the Samsung

cell phone, your affiant observed that **ALONSO,** using the screen name

"dangelus1_s94", communicated with Kik user "bloodstainedlexi_5h8" using

9

Kik's messaging application between March 7, 2026 (date the above described videos were created and/or uploaded) and March 19, 2026(the date the search warrant was executed at the Grant Street residence.). One exchange seems to reference the child pornography video. See:

> *Alonso: Damn it sorry I got logged out and it got deleted.*

> *bloodstainedlexi: damn well unfortunately I think it was cos the vids so we don't be doing that again".*

## CONCLUSION

Based on the information contained in this affidavit, your affiant has probable cause to believe that:

- From on or about March 6, 2026, through and including on or about March 8, 2026, in the Northern District of Indiana, **DYLAN ALONSO** did employ and use and persuade and induce and entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, using materials that have been mailed and shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and that such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a) and (e), and that

- On or about March 19, 2026, **ALONSO** did knowingly possess and knowingly access with intent to view material that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), that has been mailed and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer,

and that was produced using materials that have been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, including an image of child pornography involving a prepubescent minor and a minor who had not attained 12 years of age, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

The foregoing facts are true to the best of your Affiant's knowledge and belief.

This complaint affidavit and arrest warrant are being considered and executed by reliable electronic means under Federal Rule of Criminal Procedure 4.1.

Further you affiant sayeth naught.

_____
Anthony Agular/ Special Agent
Homeland Security Investigations

Subscribed and sworn before me this ___12th___ day of May 2026.

s/Andrew L. Teel
_____
Hon. Andrew Teal
U.S. Magistrate Judge
Northern District of Indiana

11