UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No.　1:26-CR-46 |
| | ) | |
| DYLAN ALONSO | | |

## **MOTION FOR DETENTION**

The United States of America moves this Court to detain the defendant because he is a risk of flight and a danger to the community. The offenses alleged in the Indictment are in Chapter 110 of Title 18. As such, the government is entitled to a detention hearing pursuant to 18 U.S.C.§3142(f)(1)(A).

Furthermore, as to both counts of the Indictment, pursuant to 18 U.S.C. § 3142(e)(3)(E), there is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant or reasonably assure the safety of the community.

WHEREFORE, the United States of America requests the Court detain the defendant pursuant to 18 U.S.C. § 3142(e)(3)(E) for further proceedings in this matter.

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

By:   */s/ Lesley J. Miller Lowery*
Lesley J. Miller Lowery
Assistant United States Attorney
E. Ross Adair Federal Bldg.
& U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile:  (260) 426-1616
E-mail Address:
Lesley.millerlowery@usdoj.gov